UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS J. MOORE,              )<br>                                            )<br>            Plaintiff,            )<br>                                            )<br>     vs.                              )<br>                                            )   No. 1:12-cv-00739-MJD-JMS<br>CAROLYN W. COLVIN, Acting )<br>Commissioner of Social Security, )<br>                                            )<br>            Defendant.         ) | |

**JUDGMENT**

The Court, having this day made its Entry,

    IT IS THEREFORE ADJUDGED that the final decision of the Commissioner, that Thomas J. Moore was not entitled to Social Security Disability Insurance benefits based upon his application filed on January 9, 2006, is **REVERSED AND REMANDED**.

Date: 08/28/2013

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Annette Lee Rutkowski
LAW OFFICES OF ANNETTE RUTKOWSKI
Anetrutkowski@gmail.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov